**Order entered October 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00599-CR

**RENE HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-52460-P**

## ORDER

The reporter's record was initially due July 6, 2016. The Court granted two requests for additional time to file the reporter's record, extending the due date to September 29, 2016. To date, the reporter's record has not been filed.

We **ORDER** court reporter Lisabeth Kellett to file the reporter's record within **FIFTEEN DAYS** of the date of this order. If Ms. Kellett fails to file the reporter's record by the time specified, the Court will utilize its available remedies, which may include ordering that Lisabeth Kellett not sit as a court reporter until she files the reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Teresa Hawthorne, Presiding Judge, 203rd Judicial District Court; Lisabeth Kellett, court reporter; and to counsel for all parties.

/s/  ADA BROWN
    JUSTICE